## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

DANIELLE REED, individually
and on behalf of all others similarly
situated,

                    Plaintiff,          Case No.: 0:18-cv-02906-PJS-DTS

        vs.

PRIDE N' LIVING HOME CARE,
INC.,

                    Defendant.

_____

### ORDER APPROVING SETTLEMENT
_____


        The above-captioned matter is before this Court on the parties' Stipulation

Regarding Settlement and Dismissal.  The Court, having considered all of the submissions,

pursuant to 29 U.S.C. § 201 *et seq.*, and in accordance with the parties Stipulation, finds

that the settlement is a fair and reasonable resolution of a bona fide dispute.

        The Court hereby **GRANTS** the Stipulation and **ORDERS**:

        (1) That the claims of the three Plaintiffs released pursuant to the Settlement

Agreement attached as **Exhibit A** to the Stipulation Regarding Settlement and Dismissal,

shall be dismissed with prejudice and that judgment be entered accordingly; and

        (2) That the alleged putative collective and class claims for putative plaintiffs not

subject to the Settlement Agreement, shall be dismissed without prejudice.

        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

**SO ORDERED** this <u>11th</u> day of March 2019.

<u>s/Patrick J. Schiltz</u>
Patrick J. Schiltz
United States District Judge
