# UNITED STATES DISTRICT COURT
## District of Minnesota

Danielle Reed

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 18-2906 PJS/DTS

Pride N' Living Home Care, Inc.

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

(1) That the claims of the three Plaintiffs released pursuant to the Settlement Agreement attached as Exhibit A to the Stipulation Regarding Settlement and Dismissal, shall be dismissed with prejudice and that judgment be entered accordingly; and

(2) That the alleged putative collective and class claims for putative plaintiffs not subject to the Settlement Agreement, shall be dismissed without prejudice.

Date: 3/14/2019

KATE M. FOGARTY, CLERK

s/A. Linner

(By)  A. Linner, Deputy Clerk